UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-614-MOC
(3:95-cr-119-MOC-1)

| | |
|---|---|
| GERALD DAMONE HOPPER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**THIS MATTER** is before the Court on Petitioner's Amended Motion to Vacate under 28 U.S.C. § 2255, (Doc. 16), and the parties' supplemental briefing, (Doc. Nos. 21, 22).

The parties assert that Petitioner's two convictions for violating 28 U.S.C. § 924(c) should be vacated because those charges are based on conspiracy to commit Hobbs Act robbery, which is not a crime of violence under § 924(c)'s force clause. See United States v. Davis, 139 S.Ct. 2319 (2019); United States v. Simms, 914 F.3d 229 (4th Cir. 2019) (*en banc*). However, the Indictment is unavailable through CM-ECF due to the age of the underlying criminal case. The Court has therefore determined that the parties should file a copy of the Indictment in the instant case within **ten (10) days** from entry of this Order.

**IT IS THEREFORE ORDERED** that the parties shall file the Indictment from case number 3:95-cr-119 within 10 days of this Order.

Signed: May 28, 2020

Max O. Cogburn Jr
United States District Judge